**F I L E D**
CLERK, U.S. DISTRICT COURT

04/20/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>TYLER DAVID WILKINSON,<br>   aka "Donpablo1008,"<br><br>          Defendant. | No. 8:22-cr-00051-JLS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C), 859: Distribution of<br>Fentanyl to a Person Under 21<br>Years of Age Resulting in Death;<br>21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(vi), (b)(1)(C):<br>Possession with Intent to<br>Distribute Fentanyl, Cocaine and<br>MDMA] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), 859]

On or about June 17, 2021, in Orange County, within the Central District of California, defendant TYLER DAVID WILKINSON, also known as "Donpablo1008," a person at least 18 years of age, knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, to B.B., a person under 21 years of age, whose

death and serious bodily injury resulted from the use of such substance on or about June 18, 2021.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about December 2, 2020, in Orange County, within the Central District of California, defendant TYLER DAVID WILKINSON, also known as "Donpablo1008," knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 244.97 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 2, 2020, in Orange County, within the Central District of California, defendant TYLER DAVID WILKINSON, also known as "Donpablo1008," knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 2, 2020, in Orange County, within the Central District of California, defendant TYLER DAVID WILKINSON, also known as "Donpablo1008," knowingly and intentionally possessed with intent to distribute 3,4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance.

A TRUE BILL

_____/s/_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office